**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0517-WJM-KLM

JOHNN A. VIDMAR

    Plaintiff,

v.

S. STEINMAN, Deputy, J.C.S.D, and
STYLES, Deputy J.C.S.D

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION AND GRANTING MOTION TO DISMISS**

---

This matter is before the Court on the June 19, 2012 Recommendation by United States Magistrate Judge Kristen L. Mix that Defendant's Motion to Dismiss (ECF No. 26) be granted. (ECF No. 34.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 34 at 7-8.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." See Fed. R. Civ. P. 72(b) advisory committee's note. The Court agrees that Defendants' Motion to Dismiss should be granted because Plaintiff's claims in this action are barred by both *res judicata* and the statute of limitations.

Accordingly, the Court further ORDERS as follows:

1. The Magistrate Judge's Recommendation (ECF No. 34) is ACCEPTED and ADOPTED;
2. Defendants' Motion to Dismiss (ECF No. 26) is GRANTED;
3. Plaintiff's claims in this action are DISMISSED WITH PREJUDICE; and
4. The Clerk shall enter judgment in favor of Defendants. The parties shall bear their own costs.

Dated this 12th day of July, 2012.

BY THE COURT:

William J. Martinez
United States District Judge